## TURNEY *v.* ARKANSAS.

No. 967.   Decided May 17, 1965.

*Thomas J. Gentry* for appellant.

*Bruce Bennett,* Attorney General of Arkansas, and *Richard B. Adkisson,* Chief Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## McKINLEY *v.* REILLY ET AL.

No. 1000.   Decided May 17, 1965.

*Mark Wilmer* for appellant.

*Darrell F. Smith,* Attorney General of Arizona, *Phillip M. Haggerty* and *Jerry W. Lawson,* Assistant Attorneys General, and *John E. Madden,* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.